IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-530-JLK**

**PAMELA RIOS, a United States citizen residing in Colorado**,

      Plaintiff,

v.

**FOX SPORTS NET ROCKY MOUNTAIN LLC, a Delaware limited liability company, and, FOX SPORTS NET, INC., a Delaware corporation, and JOHN DOE ENTITIES NOS. 1-25, corporations of unknown residence.**

      Defendants.

---

## ORDER OF DISMISSAL

---

Kane, J.

Upon consideration of the Joint Motion for Dismissal with Prejudice (doc. #13), filed July 2, 2007, it is

**ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 11th day of July, 2007.

BY THE COURT:

_S/John L. Kane_____
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT